**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2331**

In re: JOHNNIE WAYNE DAVENPORT,

Petitioner.

On Petition for Writ Of Mandamus.
(2:11-cr-00020-H-1)

Submitted: February 25, 2015          Decided:  March 3, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Johnnie Wayne Davenport, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Wayne Davenport petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his "Motion for Relief from Judgment". He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis, deny his "Motion to Certify Constitutional Question," and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED